UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 97R10009-MLW |
| ) | |
| JOHN V. MARTORANO, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. §3E1.1(b) REGARDING ACCEPTANCE OF RESPONSIBILITY

The government moves pursuant to U.S.S.G. §3E1.1(b) to decrease the defendant's offense level by one additional level because the defendant has assisted the authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.[1]

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Brian T. Kelly
Assistant U.S. Attorneys

---

[1] Paragraph 2 of Martorano's plea agreement provides that Martorano's offense level should be decreased by three levels based on Martorano's acceptance of responsibility. The plea agreement pre-dates the recent amendment to U.S.S.G. §3E1.1(b) which requires the filing of the instant motion in appropriate cases.

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document VIA FAX and regular U.S. mail:

Francis DiMento, Esq.

Martin Weinberg, Esq.

This 21st day of June 2004.

/s/ Fred M. Wyshak, Jr.
FRED M. WYSHAK, JR.
Assistant U.S. Attorney